UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FILTERGRADE, LLC,<br><br>Defendant. | CIVIL ACTION<br>NO.  1:22-cv-10985-IT |

**DEFENDANT'S CONSENTED-TO MOTION TO VACATE DEFAULT JUDGMENT**

Defendant, Filtergrade, LLC ("Filtergrade") moves pursuant to Fed. R. Civ. P. 60(b) that this Court vacate the default judgment entered in favor of Plaintiff, Creative Photographers, Inc., on June 22, 2023. As grounds for this motion, Filtergrade states as follows:

1. Filtergrade contends, and Plaintiff disputes, that the summons and complaint were served upon Matthew Moloney, who is neither Filtergrade's resident agent nor a manager of the company.  As such, Filtergrade posits that the default judgment is void and must be set aside under Fed. R. Civ. P. 60(b)(4).  *See, e.g., Sea-Land Service, Inc. v. Ceramica Europa II, Inc.*, 160 F.3d 849, 852 (1st Cir. 1998) ("[I]f the judgment is void the district court has no discretion but to set aside the entry of default judgment.").  Filtergrade is prepared to offer evidence in support of its contention that service was improper should the Court desire to receive that evidence before ruling on this consented-to motion.

2. On July 25, 2023, Creative Photographers filed a separate civil action, *Creative Photographers, Inc. v. Matthew Moloney et al.*, Civ. A. No. 23-cv-11648-DJC, against Matthew and Michael Moloney based on the same set of facts as those alleged in this action. The parties submit to the Court's exercise of its discretion under Fed. R. Civ. P. 60(b)(6) to set aside the

judgment so that the claims against Filtergrade, Matthew Moloney, and Michael Moloney can be adjudicated in a single action.  *See, e.g., Tuckerbrook Alternative Invs., LP, v. Banerjee*, 754 F. Supp. 2d 177, 180 (D. Mass. 2010) ("Generally, legal policy prefers case resolution on the merits . . . .").

3. Filtergrade contends, and Plaintiff disputes, that Filtergrade has meritorious defenses. Filtergrade recently engaged undersigned counsel to represent it in this action.

4. On August 28, 2023, counsel for Filtergrade and Creative Photographers met and conferred pursuant to Local Rule 7.1(a)(2) to narrow or resolve the issues presented in this motion. Counsel for Creative Photographers informed counsel for Filtergrade that Creative Photographers consents to this motion.

Dated:  August 30, 2023

Respectfully submitted,

**FILTERGRADE LLC,**

By its attorney,

*/s/ Brandon L. Bigelow*
Brandon L. Bigelow (BBO #651143)
bbigelow@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA  02210
Tel. (617) 946-4800
Fax (617) 946-4801

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that I conferred with counsel for Plaintiff on August 28, 2023 in a good faith attempt to narrow or resolve the issues raised by this motion.

*/s/ Brandon L. Bigelow*
Brandon L. Bigelow

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first class and electronic mail to those indicated as nonregistered participants on August 30, 2023.

                                           */s/ Brandon L. Bigelow*
                                           Brandon L. Bigelow